1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| United States of America, | ) | |
|---|---|---|
| Plaintiff, | ) | NO.  07-05014M |
| | ) | |
| vs. | ) | **ORDER TO EXTEND TIME** |
| | ) | **WITHIN WHICH TO RETURN** |
| Alejandro Ugarte-Sabino, | ) | **INDICTMENT** |
| Defendant. | ) | |

Upon reading of the Defendant's Amended Motion to Extend Time Within Which to Return Indictment (Second Request) (Doc. 7), there being no opposition by counsel for the government, and good cause appearing,

IT IS ORDERED that the deadline for the government to return a grand jury indictment in this case is extended until **February 17, 2008.**

Excludable delay under 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) is found to begin December 18, 2007 and terminate February 17, 2008.

DATED this 14th day of January, 2008.

_____
Jennifer C. Guerin
United States Magistrate Judge